UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:24-cv-24518-JB

HOWARD COHAN,

     Plaintiff,

vs.


HOLIDAY CVS, L.L.C.
Florida Limited Liability Company,

     Defendant(s).

_____/

## **NOTICE OF SETTLEMENT**

     The Plaintiff, HOWARD COHAN ("Plaintiff") and Defendant, HOLIDAY CVS, L.L.C.,

a Florida Limited Liability Company, ("Defendant"),  by and through their undersigned counsel,

hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a

stipulation of dismissal within thirty (30) days and should not be required to file any further

responses, motions, and/or pleadings.

     RESPECTFULLY SUBMITTED June 13, 2025.

By: **/s/ Gregory S. Sconzo**           By: **/s/ Jillian Postal**
Gregory S. Sconzo, Esq.                    Jillian Postal
Florida Bar No.: 0105553                  Florida Bar No. 1011576
Samantha L. Simpson, Esq.             Saul Ewing LLP
Florida Bar No.: 1010423                  ***Counsel for Defendant***
Sconzo Law Office, P.A.                 701 Brickell Avenue, 17th Floor
3825 PGA Boulevard, Suite 207       Miami, Florida 33131
Palm Beach Gardens, FL 33410       Telephone: (305) 428-4500
Telephone: (561) 729-0940           E-Mail: jillian.postal@saul.com
Facsimile: (561) 491-9459             susan.lewis@saul.com
Email: greg@sconzolawoffice.com    wpb-ctdocs@saul.com
Email: perri@sconzolawoffice.com
Attorneys for Plaintiff

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 13, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Samantha L. Simpson, Esq.
Florida Bar No.: 1010423
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: perri@sconzolawoffice.com
Attorneys for Plaintiff

2