## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Case No.: 24-cv-24518-JB**

HOWARD COHAN,

      Plaintiff,

v.

HOLIDAY CVS, L.L.C.,

      Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** came before the Court on the parties' Joint Stipulation of Dismissal With Prejudice.  ECF No. [19].  Accordingly, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**.  The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 28th day of July, 2025.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**